JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0887 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(8)(A)) AND |
| WICKETT MORRIS, ) | VACATING MAY 4 STATUS HEARING |
| ) | |
| Defendant. ) | |
| ) | |

The parties hereby stipulate as follows:

1. The time from April 20, 2009, through June 29, 2009, is properly excluded from calculation in determining the date by which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). At the April 20, 2009, hearing, the Court set a schedule for the filing and consideration of any motions to be filed by the defendants. Counsel for defendant Wickett Morris will use this exclusion period to evaluate, brief, file, and prepare to argue the appropriate motions on behalf of defendant. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. The ends of justice served by excluding the period from April 20, 2009, through

1  June 29, 2009, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at
2  § 3161(h)(8)(A).  Accordingly, the parties respectfully request that the Court order that the period
3  from April 20, 2009, through June 29, 2009, be excluded from Speedy Trial Act calculations
4  under 18 U.S.C. § 3161(h)(8)(A), (B)(i), and (B)(iv).

       3.      In light of the parties' stipulation concerning the Speedy Trial Act time exclusion and in light of the motions briefing and argument schedule established by the Court at the April 20 hearing, the parties respectfully request that the Court vacate the status hearing currently set for May 4, 2009.

      IT IS SO STIPULATED.

DATED: April 27, 2009                /s/
                                          PAUL DELANO WOLF
                                          Attorney for Defendant

DATED: April 27, 2009                /s/
                                          ANDREW P. CAPUTO
                                          Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation, the Court finds that the time from April 20, 2009, through June 29, 2009, is properly excluded from calculation in determining the date by which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  For the reasons described in the stipulation, failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  The Court finds that the ends of justice served by excluding the period from April 20, 2009, through June 29, 2009, outweigh the best interest of the public and the defendant in a speedy trial.

The status hearing previously set for May 4, 2009, is hereby vacated.

1 | IT IS SO ORDERED.

3 | DATED:  4/28/2009

   MARILYN
   United States

**IT IS SO ORDERED**

Judge Marilyn H. Patel