JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24221)
CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: william.frentzen@usdoj.gov
          cynthia.frey@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WICKETT D. MORRIS,<br><br>    Defendant.<br>_____ | No. CR 08-0887 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br>BETWEEN AUGUST 5, 2009 AND<br>SEPTEMBER 29, 2009 FROM<br>CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT<br>(18 U.S.C. § 3161)** |

The defendant, Wickett Morris, represented by Lynn M. Keslar and Paul Delano Wolf, and the government, represented by William Frentzen and Cynthia M. Frey, Assistant United States Attorneys, appeared before the Court on September 14, 2009 for a status conference.   The Court set a hearing on all outstanding motions for September 29, 2009.

Since August 5, 2009, several pretrial motions have been filed by the defendants in this case.  Accordingly, the parties stipulate that time be excluded under the Speedy Trial Act between August 5, 2009 and September 29, 2009, as delay resulting from any pretrial motion from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).  In addition, the defendant agrees to

1    exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.

2

3    SO STIPULATED:

4                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
5

6
     DATED: September 21, 2009           _____
7                                              /s/
                                         WILLIAM FRENTZEN
                                         CYNTHIA M. FREY
8                                        Assistant United States Attorney

9

10   DATED: September 21, 2009           _____
                                               /s/
11                                       LYNN M. KESLAR
                                         Attorney for Wickett Morris

12

13          The Court finds that the time between August 5, 2009 and September 29, 2009 should

14   properly be excluded from computation under the Speedy Trial Act as delay resulting from any

15   pretrial motion from the filing of the motion through the conclusion of the hearing on, or other

16   prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).

17

18          Therefore, IT IS HEREBY ORDERED that the time between August 5, 2009 and

19   September 29, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

20   § 3161(h)(1)(D).

21

22   DATED: __9/23/2009_____

23

24

25

26

27

28

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP                              2