1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WILLIAM FRENTZEN (LABN 24221)
    CYNTHIA M. FREY (CABN 150571)
5   Assistant United States Attorney
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: william.frentzen@usdoj.gov
8               cynthia.frey@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14
    UNITED STATES OF AMERICA,        )    No. CR 08-0887 MHP
15                                    )
            Plaintiff,                )    STIPULATION AND [PROPOSED]
16                                    )    ORDER EXCLUDING TIME
        v.                            )    BETWEEN SEPTEMBER 29, 2009 AND
17                                    )    NOVEMBER 12, 2009 FROM
    WICKETT D. MORRIS,                )    CALCULATIONS UNDER THE
18                                    )    SPEEDY TRIAL ACT
            Defendant.                )    (18 U.S.C. § 3161)
19  _____ )

20          The defendant, Wickett Morris, represented by Lynn M. Keslar and Paul Delano Wolf,

21  and the government, represented by William Frentzen and Cynthia M. Frey, Assistant United

22  States Attorneys, appeared before the Court on October 28, 2009 for a status conference.   The

23  Court originally set a hearing on all outstanding motions for September 29, 2009, however that

24  hearing date was continued to October 28, 2009.  A further hearing on all outstanding pre-trial

25  motions is now scheduled for November 12, 2009.

26          Since August 5, 2009, several pretrial motions have been filed by the defendants in this

27  case.  The parties previously stipulated that time be excluded under the Speedy Trial Act

28  between August 5, 2009 and September 29, 2009, as delay resulting from any pretrial motion

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP

1   from the filing of the motion through the conclusion of the hearing on, or other prompt

2   disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).  Accordingly, the parties now stipulate

3   that time also be excluded under the Speedy Trial Act between September 29, 2009 and

4   November 12, 2009, as delay resulting from any pretrial motion from the filing of the motion

5   through the conclusion of the hearing on, or other prompt disposition of, such motion.  18 U.S.C.

6   § 3161(h)(1)(D).  In addition, the defendant agrees to exclude for this period of time any time

7   limits applicable under 18 U.S.C. § 3161.

8

9   SO STIPULATED:

10                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
11

12
    DATED: October 29, 2009                      _____/s/_____
13                                          WILLIAM FRENTZEN
                                            CYNTHIA M. FREY
14                                          Assistant United States Attorney

15

16  DATED: October 29, 2009                      _____/s/_____
                                            LYNN M. KESLAR
17                                          Attorney for Wickett Morris

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXCLUDING TIME
CR 08-0887 MHP                              2

1    The Court finds that the time between September 29, 2009 and November 12, 2009

2  should properly be excluded from computation under the Speedy Trial Act as delay resulting

3  from any pretrial motion from the filing of the motion through the conclusion of the hearing on,

4  or other prompt disposition of, such motion.  18 U.S.C. § 3161(h)(1)(D).

5

6    Therefore, IT IS HEREBY ORDERED that the time between September 29, 2009 and

7  November 12, 2009 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

8  § 3161(h)(1)(D).

9

10  DATED:  __11/3/2009_____

11                                                          MARILYN HALL PATEL
                                                           United States

