1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  CYNTHIA M. FREY (CABN 150571)
   ANDREW M. SCOBLE (CABN 124940)
5  Assistant United States Attorneys
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7  Fax: (415) 436-7234
      E-Mail: cynthia.frey@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )   No. CR 08-0887 ~~MHP~~  EMC
                                    )
15     Plaintiff,                   )   **STIPULATION AND [P~~ROPOSED~~]**
                                    )   **ORDER TO VACATE THE PRETRIAL**
16                                  )   **CONFERENCE DATE AND FOR**
     v.                             )   **STATUS CONFERENCE**
17                                  )
   WICKETT MORRIS,                  )
18                                  )
                                    )
19     Defendants.                  )
                                    )
20

21     The defendant, Wickett Morris, represented by Paul Delano Wolf and Lynn M. Keslar, and

22 the government, represented by Cynthia M. Frey and Andre M. Scoble, Assistant United States

23 Attorneys, appeared before the Court on June 14, 2011 for a status conference and trial setting.

24 The Court set this matter for trial on September 12, 2011 and set the pretrial conference date for

25 August 10, 2011.  On July 1, 2011, this Court issued an Amended Pretrial Order for Criminal Jury

26 Trial.  Pursuant to that order the parties are required to complete pretrial filings by July 27, 2011.

27     On July 15, 2011, the Attorney General announced a change in the Department of Justice's

28 position on the issue of the retroactivity of the Fair Sentencing Act (FSA).  Upon further review,

STIPULATION AND [PROPOSED] ORDER
CR 08-0887 MHP

1  the Attorney General has determined that the FSA's revised penalty provisions do not apply
2  retroactively to defendants sentenced before the statute's effective date, but do apply to defendants
3  sentenced on or after the statute's effective date, even if they committed their offense pre-
4  enactment.  In light of this change, the government concedes that defendant is not subject to a ten
5  year mandatory minimum sentence for his drug offense in Count 1 of the Second Superseding
6  Indictment, and is instead subject to the five-year mandatory minimum sentence, as provided
7  under the FSA.  Given the filed 851 Information, the defendant is subject to a minimum sentence
8  on Count 1 of ten years.  In addition, the government concedes that Count 2 no longer carries a
9  mandatory minimum.
10      In light of the above, the government will either proceed with a superseding indictment or
11 information to reflect the new statutory thresholds and the parties request that the pretrial
12 conference date, as well as associated pretrial filing dates, be vacated in order to permit the parties
13 to determine how to proceed in this matter.  The parties instead request that the date set for the
14 pretrial conference, August 10, 2011, be set for a further status conference.
15
16 SO STIPULATED:
17                                    MELINDA HAAG
                                       United States Attorney
18
19
20 DATED: July 18, 2011              _____/S/_____
                                       CYNTHIA M. FREY
21                                     ANDREW M. SCOBLE
                                       Assistant United States Attorney
22
23
24 DATED: July 18, 2011              _____/S/_____
                                       PAUL D. WOLF
25                                     LYNN M. KESLAR
                                       Attorneys for Wickett Morris
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 08-0887 MHP                              2

1  IT IS HEREBY ORDERED that the current pretrial conference date of August 10, 2011 be
2  vacated, that the associated pretrial filing dates be vacated, and that a further status conference be
3  held on August 10, 2011.
4
5  DATED: ___July 20, 2011___  _____
6  EDWARD M. CHEN
   United States District Judge



STIPULATION AND [PROPOSED] ORDER
CR 08-0887 MHP                           3